# EXHIBIT 7

| | | |
|---|---|---|
| 01/19/2021 | 196 | ORDER denying 184 Letter Motion for Conference: PLAINTIFFS' REQUEST FOR A CONFERENCE AND REQUEST TO COMPEL DEFENDANTS AND/OR THE NEW YORK ATTORNEY GENERAL TO PRODUCE THE REFERENCED TELEPHONE RECORDS ARE DENIED, SUBSTANTIALLY FOR THE REASONS SET FORTH IN DEFENDANTS' AND THE AG'S LETTERS. THE COURT DECLINES TO RECONSIDER ITS RULING OF SEPTEMBER 21, 2020; PLAINTIFFS' REQUEST IS UNTIMELY, COULD HAVE BEEN MADE EARLIER TO CUSTODIAN PHONE COMPANIES, AND IS NOT PROPORTIONAL TO THE NEEDS OF THE CASE AT THIS JUNCTURE. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 01/19/2021) |